NATIONAL BONDHOLDERS CORPORATION and Others v. WILLIAM B. JOYCE and Others. LILLIAN BOEHM, Appellant.— Motion for leave to appeal to the Court of

Appeals granted. [See *ante*, p. 822.] Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.